

Re: United States District Court For Eastern District of Texas Sherman Division

Civil Action NO. 4:19-CV-00490-ALM-Can

Paintiff: Chad Dannheim    V.   Defendant; Health Insurance Innovations Inc.

Please take this as a letter of motion to voluntarily dismiss this civil action.

Date: September 5, 2019

Chad Dannheim