# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CHAD DANNHEIM § | |
| § | Civil Action No.  4:19-CV-490 |
| v. § | (Judge Jordan/Judge Nowak) |
| § | |
| HEALTH INSURANCE INNOVATIONS, § | |
| INC. § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Came on for consideration Plaintiff Chad Dannheim's Voluntary Motion to Dismiss (Dkt. #15), wherein Plaintiff requests the Court to "[p]lease take this as a letter of motion to voluntarily dismiss this civil action" (Dkt. #15 at 1).  At Hearing on September 11, 2019, Defendant indicated that it did not oppose Plaintiff's request (Dkt. #13) and further confirmed its non-opposition in its Notice of Correspondence filed the same day (Dkt. #12 at 1, ¶3).  The Court, having considered Plaintiff's Voluntary Motion to Dismiss, and all other relevant filings, determines that the Motion should be **GRANTED**.  It is therefore

**ORDERED, ADJUDGED, AND DECREED** that all claims Plaintiff asserted, or could have asserted, against Defendant in this lawsuit are hereby **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 18th day of October, 2019.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE